# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42 STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  
**NEW YORK & FLORIDA**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: rpalma177@gmail.com

October 6, 2021

**ECF filed**

**MEMO ENDORSED**

Honorable Laura Taylor Swain, U.S.D.J.
Chief Judge of the United States District for the S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

  Re: U.S. v. Junyi Liu, et al., including Ramon Garcia, III, 21 Cr. 592 (LTW)
With consent of AUSA Capozzi and U.S. Pretrial Services, Defendant Ramon Garcia, III requests a Modification of Bail Conditions namely, to Permit Him to Meet with Co-Defendant Gerard Estrella at their Place of Employment.

Dear Chief Judge Swain:

  As Mr. Ramon Garcia, III's court assigned counsel, we are respectfully seeking a modification of his current bail conditions specifically, the condition that prohibits him from associating with codefendants outside the presence of their counsel. After discussions with AUSA Timothy Capozzi and USPO Laura Gialanella, the parties agree that Mr. Garcia III may be permitted with to meet with Co-defendant Gerard Estrella at their place of employment, *Frank Zhan Best PT, PC* located at 185 Canal Street, Suite 505, New York, NY 10013 during only office hours provided they do not discuss their pending criminal case.

  Should Your Honor have questions about this request, I am available immediately at cellular phone number (917) 751-5754.

  Thank you.

Application granted.  DE# 50 is resolved.

SO ORDERED.
Dated: October 6, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

s/ Richard Palma

Richard Palma (Bar No. rp 4441)