UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                      No.  21-CR-592-LTS

RAMON GARCIA, III,

    Defendant.

-------------------------------------------------------------x

Scheduling Order

The change of plea hearing in this case is scheduled to proceed on May 25, 2023, at 2:30 p.m., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

    SO ORDERED.

Dated: New York, New York
       April 27, 2023

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge