# O'CONNELL & ARONOWITZ
### ATTORNEYS AT LAW

## **MEMO ENDORSED**

March 29, 2024

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEON ARONOWITZ
  1941-1969
LEWIS A. ARONOWITZ
  1951-1979

---

STEPHEN R. COFFEY
THOMAS J. DiNOVO
PAMELA A. NICHOLS
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
FRANCIS J. SMITH, JR.
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI

**VIA ECF**
Hon. Laura T. Swain
U.S. District Court Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** **United States v. Ramon Garcia, III, et al.**
          **Criminal Docket No. 21-cr-592**

Dear Judge Swain:

    This letter is submitted to request an order authorizing the return of Defendant Ramon Garcia's passport which was surrendered to Pretrial Services.

    I have consulted with AUSA Tim Capozzi and he has no objection to this request. Thank you for your consideration of this matter.

OF COUNSEL
CORNELIUS D. MURRAY
JEFFREY J. SHERRIN
JEFFREY A. SIEGEL
RICHARD S. HARROW
FLORENCE M. RICHARDSON
KAREN MARTINO VALLE
BRIAN M. CULNAN
CRISTINA D. COMMISSO
MICHAEL Y. HAWRYLCHAK

---

ALLEN F. LIGHT
JAMES D. WIGHAUS
SAMANTHA L. FEMIA
REBECCA M. DUNNING
NICHOLAS M. CERVINI
MICHAEL J. LAWSON
JENNA M. DiBENEDETTO
LILLIAN C. HAHN
CHARLES E. SERINO
RYAN A. FORBES

---

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE CONSULTING GROUP)

*NOT A MEMBER OF THE LEGAL PRACTICE

                        Respectfully Submitted,

                        O'CONNELL AND ARONOWITZ

                        By:    *s/Richard S. Harrow*

                                Richard S. Harrow

RSH/rd
cc:    All Parties via ECF

The foregoing request is granted. DE # 315 is resolved.
SO ORDERED.
9/24/2024
/s/ Laura Taylor Swain, Chief USDJ

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany and Saratoga Springs.
www.oalaw.com